# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Timnah Rudisill, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00266-MR, 1:01-cr-00048-MR-9 (2255) |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2013 Order.

January 14, 2013

Frank G. Johns, Clerk
United States District Court